# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG NICHOLS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　　Defendant | Case No.: 1:10-cv-01204 JLT<br><br>ORDER GRANTING EXTENSION OF TIME<br><br>(Doc. 11) |

Parties have stipulated by counsel to extend the period of time for Plaintiff Greg Nichols to provide Defendant with a settlement letter. The Scheduling Order allows a single thirty-day extension by the stipulation of parties. Accordingly, it is HEREBY ORDERED that Plaintiff is granted an extension of time until February 1, 2011, to file his Opening Brief.

IT IS SO ORDERED.

Dated:   **January 11, 2011**　　　　　　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1