IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG J. NICHOLS,<br><br>  Plaintiff,<br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>  Defendant. | Case No.: 1:10-cv-1204 JLT<br><br>ORDER GRANTING EXTENSION OF TIME<br><br>(Doc. 13) |

Parties have stipulated by counsel to extend the period of time for Greg J. Nichols ("Plaintiff") to provide Defendant with a settlement letter. Notably, this is the second extension sought by Plaintiff.

The first extension was granted by the Court on January 11, 2011 (Doc. 11), setting the due date as February 1, 2011, per the parties' stipulation and in accord with the Scheduling Order that allows a single thirty-day extension by stipulation (Doc. 5). After the expiration of the deadline, Plaintiff filed a second request for extending the deadline on February 14, 2011. (Doc. 13). A request after the single thirty-day extension "will be granted only for good cause," and the parties were warned that modification requests "will **not** routinely be granted." (Doc. 5 at 4). Both requests for extension of time have been made by Plaintiff "to allow additional time to fully research the issue

1

1  presented." (Doc. 11 at 2, Doc. 13 at 2).  Good cause has therefore been shown for this extension of
2  time.  However, <u>the Court will not grant another extension</u> in this matter without a showing of
3  exceptional good cause, as Plaintiff has twice had the opportunity to extend the time for providing
4  Defendant with a settlement letter.
5           Accordingly, it is HEREBY ORDERED: Plaintiff is granted an extension of time until March
6  8, 2011, to provide Defendant with a settlement letter.

8  IT IS SO ORDERED.
9  Dated:   **February 16, 2011**                          /s/ **Jennifer L. Thurston**
                                                           UNITED STATES MAGISTRATE JUDGE

2