# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG J. NICHOLS,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No.: 1:10-cv-01204 JLT<br><br>ORDER DISMISSING THE ACTION WITH PREJUDICE |

On March 10, 2011, plaintiff Greg J. Nichols and defendant Michael J. Astrue, Commissioner of Social Security stipulated to dismiss this action with prejudice, with each party to bear its own fees, costs, and expenses. (Doc. 15).

Accordingly, it is HEREBY ORDERED:

1. Plaintiff's social security appeal is DISMISSED WITH PREJUDICE;
2. Each party shall bear its own fees, costs, and expenses; and
3. The Clerk of Court IS DIRECTED to close this action because this order terminates the action in its entirety.

IT IS SO ORDERED.

Dated:  **March 10, 2011**　　　　　　　　　　　　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1